UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:24-cv-02091-WWB-UAM

HOWARD COHAN,

    Plaintiff,

vs.

SSRM VB3 LLC,
a Florida Limited Liability Company;
11809 LOFT, LLC,
a Florida Limited Liability Company;
415 LOFT, LLC,
a Florida Limited Liability Company;

    Defendant(s).
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, HOWARD COHAN and his undersigned counsel hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against Defendant, SSRM VB3 LLC, a Florida Limited Liability Company, 11809 LOFT, LLC, a Florida Limited Liability, and 415 LOFT, LLC, a Florida Limited Liability Company.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 5, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day via us mail:

SSRM VB3 LLC,
c/o COLLINS, STEVEN
2706 U.S. 19 Alternate
Unit 311
Palm Harbor, FL 34683

11809 LOFT, LLC,
c/o STONE, STEPHEN M, ESQ.
725 N. MAGNOLIA AVENUE
ORLANDO, FL 32803

415 LOFT, LLC,
c/o STONE, STEPHEN M, ESQ.
725 N. MAGNOLIA AVENUE
ORLANDO, FL 32803

        **Sconzo Law Office, P.A.**
        300 Avenue of the Champions, Suite 260
        Palm Beach Gardens, FL 33418
        Telephone: (561) 729-0940
        Facsimile: (561) 491-9459

        By: **/s/ Gregory S. Sconzo**
        GREGORY S. SCONZO, ESQ
        Florida Bar No.: 0105553
        **Primary Email:** greg@sconzolawoffice.com
        **Secondary Email:** shtalia@sconzolawoffice.com